JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED DIANNE OMAR et al., | Case No. SACV 19-1186-GW-JDEx |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| BASTEL MOHAMMED WARDAK, et al., | |
| Defendants. | |

Based upon the Notice of Settlement and Stipulation of Dismissal of Case [88], it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 24, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE